CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RWs
NOV 15 2005
JOHN F. CORCORAN, CLERK
BY: HMcDowell
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BENTON CALVIN HALL, III,<br>Plaintiff, | Civil Action No. 7:05cv00671 |
| v. | **FINAL ORDER** |
| VIRGINIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br>Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that

a.  All plaintiff's claims brought under 42 U.S.C. § 1983 shall be and hereby are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

b.  All plaintiff's claims brought under 28 U.S.C. § 2254 shall be and hereby are **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing §2254 Cases;

c.  This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 15th day of November, 2005.

/s/ Jackson L. Kiser
United States District Judge